ACCEPTED
04-14-00153-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/26/2014 9:30:36 AM
KEITH HOTTLE
CLERK

**No. 04-14-00153-CV**

*In the Court of Appeals
For the Fourth Judicial District
San Antonio, Texas*

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/26/2014 9:30:36 AM
KEITH HOTTLE
Clerk

HAROLD GASKILL, III, M.D. AND HAROLD GASKILL, M.D. P.A
Appellants,

V.

VHS SAN ANTONIO PARTNERS, LLC D/B/A BAPTIST HEALTH SYSTEMS AND D/B/A NORTH CENTRAL BAPTIST HOSPITAL, BAPTIST HEALTH SYSTEM, NORTH CENTRAL BAPTIST HOSPITAL, GRAHAM REEVE, DAVID SIEGEL, WILLIAM WAECHTER AND JAYDEEP SHAH
Appellees

RECEIVED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/29/2014 8:48:00 AM
KEITH HOTTLE
Clerk

On Appeal from the 285TH District Court, Bexar County, Texas, Trial Court Cause No. 2013-CI-14959

## APPELLANTS' RESPONSE TO APPELLEES' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR RECONSIDERATION

COMES NOW, Harold Gaskill, II. M.D. and Harold Gaskill, M.D. P.A. (Gaskill), Appellant in the above styled and numbered appeal and files this, its Response to Appellees' Motion for Extension of Time to File Motion for Reconsideration pursuant to Tex. R. App. P. 49 and would show as follows:

1. Appellees seek an extension of time to file a motion for reconsideration that itself seems only for delay. The

Appellees are represented by a large firm with offices all over the state and worldwide for that matter. They have had no less than four attorneys on this case and at least two that signed off on the pleadings. Last year when it sought to expedite the hearing at the trial, the Appellees/Defendants assembled voluminous pleadings, tried to set hearings and performed an entire array of work between December 31, 2013 and January 2, 2014. The holidays and other alleged matters did not pose an impediment then and they should not now.

2. This case has been thoroughly briefed and argued. That alone begs the question as to what remains to be "reconsidered." Appellee had two weeks when this Court ruled and apparently made no effort to prepare its motion for reconsideration. Appellants would point out that literally everything the Appellees/Defendants have done was designed to delay. They filed their underlying Motion to Dismiss as late as possible. After Appellants filed discovery the Appellees waiting until almost the day it was due to file a motion to stay. The dilatory nature of their actions with regard to their own motion to dismiss are now a matter of record. Appellees have already had an extension

in this case when they sought and received an extension in June for a month to file their brief.

3.    This case has been completely and thoroughly presented at this level of appeal. It was the subject of oral argument and the Court's decision reflected a unanimous opinion. Under Tex. R. App. P. 49.7 this court can deny the right to even file a motion for rehearing, or at a minimum shortened the time for doing so.  There is no reasonable basis to extend the time to file a motion for rehearing under the circumstances of this case.

WHEREFORE PREMISES CONISDERED, Appellants prays that this Court deny the Appellees' Motion for Extension of Time to file Motion for Reconsideration.

Respectfully Submitted,

/S/ Mark A. Weitz_____
Mark A. Weitz
SB# 21116500
**Weitz Morgan PLLC**
100 Congress Avenue
Suite 2000
Austin, Texas 78701
512-394-8950
512-852-4446 (facsimile)
ATTORNEY FOR APPELLANTS

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 26th day of December 2014, I served a true and correct copy of the foregoing Appellant's Response to Appellee's Motion for Leave on all counsel of record by electronic service.

/S/ Mark A. Weitz_____
Mark A. Weitz